UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

KING VISION PAY-PER-VIEW CORP., LTD.,

                                                                 ORDER

                     Plaintiff,

                                                                 Civil Action No.
           - against -                        CV-03-1443 (DGT)(KAM)

ESMERELDA DE COLOMBIA
RESTAURANT INC., d/b/a ESMERALDA DE
COLOMBIA, Esmeralda De Colombia,
EMERGIO GONZALEZ,


                   Defendants.
---------------------------------------------------------- x

TRAGER, J.

      On March 31, 2005, Magistrate Judge Matsumoto issued a Report and Recommendation in the above-captioned matter.  No objection to this Report and Recommendation has been filed with the Court.  Accordingly, the Court adopts the Report and Recommendation.  It is hereby

      ORDERED that judgment be entered against defendants Esmerelda de Colombia Restaurant, Inc., d/b/a Esmerelda de Colombia, and Emerigo Gonzalez and that plaintiff be awarded statutory damages of $2,000, as well as attorneys' fees and costs of $2,508, for a total award of $4,508, against both defendants, jointly and severally.  It is also ordered that this amount accrue interest at the rate of nine per cent per annum from March 25, 2003 to the date of this order.

The Clerk of the Court is directed to close the case.

Dated: Brooklyn, New York
       May 16, 2005

SO ORDERED:

_____/s/_____
David G. Trager
United States District Judge

SENT TO:

Hon. Kiyo A. Matsumoto
United States Magistrate Judge

Jeanne Forster
Forster & Iannacone
75-12 Metropolitan Avenue
Middle Village, NY 11379-2639