UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KING VISION PAY-PER-VIEW CORP., LTD.,

                Plaintiff,

-against-

ESMERELDA DE COLOMBIA
RESTAURANT INC., d/b/a ESMERELDA DE
COLOMBIA, EsmerElda De Colombia,
EMERGIO GONZALEZ,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
03-CV- 1443 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable David G. Trager, United States District Judge, having been filed on May 16, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated March 31, 2005; and directing the Clerk of the Court to enter judgment against defendants, Esmerelda de Colombia Restaurant, Inc., d/b/a Esmerelda de Colombia, and Emergio Gonzalez and awarding plaintiff statutory damages of $2,000.00, as well as attorneys' fees and costs of $2,508.00, for a total award of $4,508.00, against both defendants, jointly and severally; and ordering this amount accrue interest at the rate of nine percent from March 25, 2003 to the entry of judgment, and that the judgment itself accrue interest at the rate provided by law until paid; it is

JUDGMENT
03-CV-1443 (DGT)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., and against defendants, Esmerelda de Colombia Restaurant, Inc., d/b/a Esmerelda de Colombia, and Emergio Gonzalez, awarding statutory damages of $2,000.00, as well as attorneys' fees and costs of $2,508.00, for a total award of $4,508.00, against both defendants, jointly and severally; and that this amount accrue interest at the rate of nine percent from March 25, 2003 to the entry of judgment, and that the judgment itself accrue interest at the rate provided by law until paid.

Dated: Brooklyn, New York
      May 18, 2005

                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court